**Order entered June 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00369-CV

**MORGAN KEEGAN & CO., INC. AND MORGAN ASSET MANAGEMENT, INC.,**
Appellants/Cross-Appellees

**V.**

**PURDUE AVENUE INVESTORS LP, MARY ANN HOWARD AND DANA HOWARD,
AS TRUSTEE OF THE MOLLY A. HOWARD TRUST, Appellees/Cross-Appellants**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-14448**

## ORDER

We **GRANT** appellants' and cross-appellants' June 11, 2015 first joint motion for extension of time to file briefs and **ORDER** the briefs be filed no later than June 22, 2015.

/s/     CRAIG STODDART
         JUSTICE